**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTINA RYBACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:13-cv-9233 |
| vs. | ) | |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, INC., | ) ) | |
| | ) | **STIPULATION TO DISMISS** |
| Defendant. | ) | |

      Now come the Plaintiff, CHRISTINA RYBACK, and the Defendant, MIDLAND CREDIT MANAGEMENT, INC., and hereby advise the Court that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter shall be dismissed with prejudice, each party to assume their own costs and attorney fees.


| | |
|---|---|
| March 4, 2014 | March 4, 2014 |
| */s/ David B. Levin* | */s/ Bryan Anderson* |
| David B. Levin (6212141) | Bryan Anderson (6301403) |
| Luxenburg & Levin, LLC | Dykema Gossett PLLC |
| Attorneys for Plaintiff | 10 South Wacker Drive |
| 595 Elm Place | Suite 2300 |
| Suite 201 | Chicago, Illinois 60606 |
| Highland Park, IL, 60035 | (312)627-2251 |
| (888) 493-0770, ext. 301 | BAnderson@dykema.com |
| david@luxenburglevin.com | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 4, 2014 a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                         /s/ David B. Levin
                                         David B. Levin (6212141)